Certificate Number: 14912-PAM-DE-038155980

Bankruptcy Case Number: 24-00058


14912-PAM-DE-038155980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2024, at 1:53 o'clock PM EST, James Boyer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 4, 2024  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor