Certificate Number: 14912-PAM-DE-038155981

Bankruptcy Case Number: 24-00058


14912-PAM-DE-038155981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2024, at 1:53 o'clock PM EST, Catherine Boyer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 4, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Case 1:24-bk-00058-HWV    Doc 14    Filed 02/05/24    Entered 02/05/24 16:18:37    Desc
Main Document    Page 1 of 1