United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James F. Boyer, III  
Catherine E. Boyer  
    Debtors

Case No. 24-00058-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3  
Date Rcvd: Mar 11, 2024    Form ID: ntcnfhrg    Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Boyer, III, Catherine E. Boyer, 207 S. Wilson Street, Cleona, PA 17042-3265 |
| 5588603 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 5588612 | + | Lebanon Fcu, 300 Schneider Dr, Lebanon, PA 17046-4811 |
| 5588617 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5588618 | + | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5588771 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 5588624 | | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5601240 | + | Wilmington Savings Fund Society, FSB, not in its, 1221 W 103rd Street, #108, Kansas City, MO 64114-4512 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588602 | | Email/Text: Bankruptcy@BAMcollections.com | Mar 11 2024 18:54:00 | Bureau of Account Management, P.O. Box 8875, Camp Hill, PA 17001-8875 |
| 5597223 | + | Email/Text: documentfiling@lciinc.com | Mar 11 2024 18:54:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5588604 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5595941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:14 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5588605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:23:17 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5588606 | | Email/Text: documentfiling@lciinc.com | Mar 11 2024 18:54:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 5588607 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5588608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5588609 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 19:02:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5588610 | | Email/Text: LMitchell@myfci.com | Mar 11 2024 18:55:00 | FCI Lender Services, Inc., PO Box 28720, Anaheim, CA 92809-0157 |
| 5588611 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2024 18:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5596114 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5588613 | | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 11 2024 18:54:00 | Met-Ed, P.O. Box 16001, Reading, PA 19612 |
| 5592833 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 11 2024 18:54:00 | Met Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5601363 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 11 2024 19:02:21 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5588614 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 11 2024 19:02:07 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5588615 | | Email/Text: Bankruptcies@nragroup.com | Mar 11 2024 18:55:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5588616 | + | Email/PDF: cbp@omf.com | Mar 11 2024 19:02:10 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5600955 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:10 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5588619 | ^ | MEBN | Mar 11 2024 18:53:03 | Revco Solutions, Inc., PO Box 163279, Columbus, OH 43216-3279 |
| 5588620 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 11 2024 19:02:12 | Secretary of Housing and, Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 5588621 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 11 2024 18:54:00 | Sunset Credit Services, PO Box 9004, Melville, NY 11747-9004 |
| 5588622 | + | Email/Text: bncmail@w-legal.com | Mar 11 2024 18:55:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5588623 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 11 2024 18:55:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James K Jones
    on behalf of Debtor 1 James F. Boyer III jkjones@mette.com,
    jbartley@cclawpc.com;jlaughman@cclawpc.com;rkvansteenacker@mette.com;rec@cclawpc.com

James K Jones
    on behalf of Debtor 2 Catherine E. Boyer jkjones@mette.com
    jbartley@cclawpc.com;jlaughman@cclawpc.com;rkvansteenacker@mette.com;rec@cclawpc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James F. Boyer III,

**Debtor 1**

Catherine E. Boyer,
fka Catherine E. Batz,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−00058−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)