IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                            Case No. 1:24-bk-00058-HWV
                                                                           Chapter 13

James F. Boyer III
Catherine E. Boyer fka Catherine E. Batz

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, not in its Individual Capacity but Solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                         **Steven K. Eisenberg, Esquire**
                             **Stern & Eisenberg, PC**
                         **1581 Main Street, Suite 200**
                             **The Shops at Valley Square**
                                 **Warrington, PA 18976**

                         By:    /s/ Steven K. Eisenberg
                                Steven K. Eisenberg, Esquire
                                Bar No: 75736
                                Stern & Eisenberg, PC
                                1581 Main Street, Suite 200
                                The Shops at Valley Square
                                Warrington, PA 18976
                                Phone: (215) 572-8111
                                Fax: (215) 572-5025
                                seisenberg@sterneisenberg.com
                                Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 3rd day of May, 2024, to the following:

James K Jones
Mette, Evans & Woodside
3401 N. Front St.
P.O. Box 5950
Harrisburg, PA 17110
jkjones@mette.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

James F. Boyer III
207 S. Wilson Street
Cleona, PA 17042

Catherine E. Boyer fka Catherine E. Batz
207 S. Wilson Street
Cleona, PA 17042
*Debtor(s)*


      By:    /s/ Steven K. Eisenberg
            Steven K. Eisenberg, Esquire