UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES F. BOYER, III and<br>CATHERINE E. BOYER<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| JAMES F. BOYER, III and<br>CATHERINE E. BOYER<br>    Respondents | : | CASE NO. 1-24-bk-00058 |

### TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason(s):

1. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that Debtors' Plan is not able to be confirmed and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                              Respectfully submitted:

                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              (717) 566-6097

                            BY:    /s/Douglas R. Roeder
                                              Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 17th day of June, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Jones, Esquire
2320 N. Second Street
Harrisburg, PA   17110

        /s/Tammy Life
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee