

## METTE, EVANS & WOODSIDE
### ATTORNEYS AT LAW

JAMES K. JONES, ESQUIRE                                      E-MAIL: jkjones@mette.com

July 12, 2024

*VIA ELECTRONIC TRANSMITTAL*

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

    Re:    James F. Boyer, III and Catherine E. Boyer
                Chapter 13 Case No. 1-24-0058-HWV

Dear Clerk:

    Please make note of the change of address for the Creditor listed below in the above-referenced case:

| | |
|---|---|
| Old Address: | Penn State Hershey Medical Center<br>PO Box 643291<br>Pittsburgh, PA 15264-3291 |
| New Address: | Penn State Hershey Medical Center<br>500 University Drive<br>Hershey, PA 17033 |

    Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                                Very truly yours,

                                METTE, EVANS & WOODSIDE

                                James K. Jones, Esquire

2420779v1

3401 North Front Street, P.O. Box 5950, Harrisburg, PA 17110-0950   Phone: (717) 232-5000   Fax: (717) 236-1816
www.mette.com