IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES F. BOYER, III and | : | CASE NO. 1-24-00058-HWV |
| CATHERINE E. BOYER | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Reagan K. VanSteenacker, Paralegal with the firm of Mette, Evans & Woodside, hereby certify that on July 12, 2024, a true and correct copy of the attached ORDER CONFIRMING AMENDED CHAPTER 13 PLAN (Docket No. 46) was served by electronic means and/or first-class mail, postage prepaid, pursuant to L.B.R. 2002-1(e), on the following:

SEE ATTACHED MATRIX

METTE, EVANS & WOODSIDE

By:/s/ Reagan K. VanSteenacker
Reagan K. VanSteenacker

2420776v1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James F. Boyer III,

**Debtor 1**

Catherine E. Boyer,
fka Catherine E. Batz,

**Debtor 2**

Chapter 13

Case No. 1:24-bk-00058-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 23, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 12, 2024

orcnfpln(05/18)

```
Label Matrix for local noticing          LVNV Funding, LLC                       Wilmington Savings Fund Society, FSB, not in
0314-1                                   Resurgent Capital Services              c/o Stern & Eisenberg, PC
Case 1:24-bk-00058-HWV                   P.O. Box 10587                          1581 Main Street    ECF
Middle District of Pennsylvania          Greenville, SC 29603-0587               Suite 200
Harrisburg                                                                       The Shops at Valley Square
Fri Jul 12 10:39:23 EDT 2024                                                     Warrington, PA 18976-3403

U.S. Bankruptcy Court                    Bureau of Account Management            Bureau of Account Management
Sylvia H. Rambo US Courthouse            3607 Rosemont Avenue                    P.O. Box 8875
1501 N. 6th Street       Dup             Suite 502                               Camp Hill, PA 17001-8875
Harrisburg, PA 17102-1104                Camp Hill, PA 17011-6943


COMCAST                                  Capital One                             Capital One N.A.
PO BOX 1931                              Attn: Bankruptcy                        by American InfoSource as agent
Burlingame, CA 94011-1931                Po Box 30285                            PO Box 71083
                                         Salt Lake City, UT 84130-0285           Charlotte, NC 28272-1083


Citibank                                 Comcast                                 Comenity/Sephora
Citicorp Cr Srvs/Centralized Bankruptcy  P.O. Box 3001                           Attn: Bankruptcy
Po Box 790040                            Southeastern, PA 19398-3001             Po Box 182125
St Louis, MO 63179-0040                                                          Columbus, OH 43218-2125


Comenitycapital/Ulta                     Credit One Bank                         FCI Lender Services, Inc.
Attn: Bankruptcy Dept                    Attn: Bankruptcy Department             PO Box 28720
Po Box 182125    Dup                     6801 Cimarron Rd                        Anaheim, CA 92809-0157
Columbus, OH 43218-2125                  Las Vegas, NV 89113-2273


Kohls/Capital One                        Lebanon Fcu                             Met Ed
Attn: Credit Administrator               300 Schneider Dr                        101 Crawford's Corner Road
Po Box 3043                              Lebanon, PA 17046-4811                  Building 1 Suite 1-511   Dup
Milwaukee, WI 53201-3043                                                         Holmdel NJ 07733-1976


(p)MET ED FIRST ENERGY                   MidFirst Bank                           Midland Mortgage Co
101 CRAWFORD CORNER RD                   999 NorthWest Grand Boulevard           Attn: Customer Service/Bankruptcy
BLDG 1 SUITE 1-511                       Oklahoma City, OK 73118-6051            Po Box 26648
HOLMDEL NJ 07733-1976                                                            Oklahoma City, OK 73126-0648


National Recovery Agency                 OneMain Financial                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 67015                             Attn: Bankruptcy                        PO BOX 41067
Harrisburg, PA 17106-7015                Po Box 3251                             NORFOLK VA 23541-1067
                                         Evansville, IN 47731-3251


Penn State Health                        Penn State Hershey Medical Center       Pinnacle Credit Services, LLC
PO Box 829725                            PO Box 643291  change of address        Resurgent Capital Services
Philadelphia, PA 19182-9725              Pittsburgh, PA 15264-3291               PO Box 10587
                                                                                 Greenville, SC 29603-0587


Quantum3 Group LLC as agent for          Revco Solutions, Inc.                   (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
Comenity Capital Bank                    PO Box 163279                           ATTN OFFICE OF REGIONAL COUNSEL
PO Box 788                               Columbus, OH 43216-3279                 801 MARKET STREET 12TH FLOOR
Kirkland, WA 98083-0788                                                          PHILADELPHIA PA 19107-3126
```

Sunset Credit Services
PO Box 9004
Melville, NY 11747-9004

(p)TD BANK USA N A
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

United States Trustee
US Courthouse
1501 N. 6th St   ECF
Harrisburg, PA 17102-1104

WellSpan Health
PO Box 645734
Cincinnati, OH 45264-5734

Wilmington Savings Fund Society, FSB, et al
c/o Stern & Eisenberg, PC
1581 Main Street, Suite 200  dup
The Shops at Valley Square
Warrington, PA 18976-3403

Wilmington Savings Fund Society, FSB, not in
1221 W 103rd Street, #108
Kansas City, MO 64114-4512

Catherine E. Boyer
207 S. Wilson Street  ECF
Cleona, PA 17042-3265

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE  ECF
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

James F. Boyer III
207 S. Wilson Street  ECF
Cleona, PA 17042-3265

James K Jones
Mette, Evans & Woodside
3401 N. Front St.
P.O. Box 5950   ECF
Harrisburg, PA 17110-0950

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Met-Ed
P.O. Box 16001
Reading, PA 19612

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Secretary of Housing and
Urban Development
451 Seventh Street SW
Washington, DC 20410

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

(d)U.S. Department of Housing and Urban Devel
801 Market Street
Philadelphia, PA 19107

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)MIDFIRST BANK | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients 42<br>Bypassed recipients 2<br>Total 44 |
|---|---|---|