

JAMES K. JONES, ESQUIRE

ATTORNEYS AT LAW

E-MAIL: jkjones@mette.com

July 31, 2024

*VIA ELECTRONIC TRANSMITTAL*

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

    Re:    James F. Boyer, III and Catherine E. Boyer
                Chapter 13 Case No. 1-24-00058-HWV

Dear Clerk:

    Please make note of the change of address for the Creditor listed below in the above-referenced case:

    Old Address:    Comcast
                           P.O. Box 3001
                           Southeastern, PA 19398

    New Address:    Comcast Corporation
                             Comcast Center
                             1701 JFK Boulevard
                             Philadelphia, PA 19103

    Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                                            Very truly yours,

                                            METTE, EVANS & WOODSIDE

                                            James K. Jones, Esquire

2427586v1

3401 North Front Street, Harrisburg, PA 17011 • 717-232-5000 • Fax 717-236-1816
7 Interplex Drive, Suite 400, Trevose, PA 19053 • 215-764-3115
www.mette.com