United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>James F. Boyer, III<br>Catherine E. Boyer<br>    Debtors | Case No. 24-00058-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5588617 | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 06, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its Individual Capacity but Solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 James F. Boyer III jkjones@mette.com, rkvansteenacker@mette.com |
| James K Jones | on behalf of Debtor 2 Catherine E. Boyer jkjones@mette.com rkvansteenacker@mette.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its Individual Capacity but Solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| JAMES F BOYER III | : CASE NO. 1:24-bk-00058-HWV |
| CATHERINE E BOYER | : |
| f/k/a CATHERINE E BATZ | : |
|    Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, TRUSTEE | : |
|    Objectant | : |
| | : |
| vs. | : |
| | : |
| PENN STATE HEALTH | : |
| | : |
|    Claimant | : |

## ORDER

Upon consideration of the Trustee's Objection to Claim #23 of Penn State Health, Doc. 50, and following Notice to Claimant Re Filing of Objection to Claim and allowing an opportunity to respond, and no response having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #23 of Penn State Health is deemed untimely filed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 4, 2024