
JAMES K. JONES, ESQUIRE                                                                     E-MAIL: jkjones@mette.com

September 16, 2024

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

    Re:    **Client Name: James F. Boyer, III and Catherine E. Boyer,
fka Catherine E. Batz
Chapter 13 Case No. 1:24-bk-00058-HWV**

Dear Clerk:

Please make note of the change of address for the Creditor listed below in the above-referenced case:

    Old Address:    Penn State Hershey Medical Center
                          P.O. Box 643291
                          Pittsburgh, PA 15264-3291

    New Address:    Penn State Hershey Medical Center
                          500 University Drive
                          Hershey, PA 17033

Thank you for your assistance with this matter. A copy of the Notice was sent to creditor on September 10, 2024. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                                        Very truly yours,

                                        METTE, EVANS & WOODSIDE

                                        James K. Jones, Esquire

2659873v1
3401 North Front Street, Harrisburg, PA 17110   717-232-5000   Fax 717-236-1816
7 Interplex Drive, Suite 400, Trevose, PA 19053   215-355-7260   Fax 215-355-7664
www.mette.com